UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | * | |
| Plaintiff, | * | CASE NO. 8:18-cv-00110-PWG |
| v. | * | |
| JOHN DOE subscriber assigned IP address 108.51.17.113, | * | |
| | * | |
| Defendant. | * | |

### ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which It Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until June 15, 2018 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this ___ day of _____, 2018.

By: _____ 4/23/2018
UNITED STATES DISTRICT JUDGE

Paul W. Grimm
United States District Judge

1