UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | * | |
| Plaintiff, | * | CASE NO. 8:18-cv-00110-PWG |
| v. | * | |
| JOHN DOE subscriber assigned IP address 108.51.17.113, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, move for entry of an order extending the time within which Plaintiff has to serve the John Doe Defendant with a Summons and Complaint, and states:

1. Plaintiff commenced this action against the internet subscriber assigned IP 108.51.17.113 ("Defendant") on January 11, 2018, at which time it filed a complaint alleging that Defendant copied and distributed one or more of Plaintiff's copyrighted works, all without Plaintiff's consent. *See* CM/ECF 1. Plaintiff asserted a claim for direct copyright infringement, and requested that Defendant delete and permanently remove, and be enjoined from continuing to infringe, Plaintiff's copyrighted works. *See id.*

2. On January 11, 2018, Plaintiff filed its Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference [CM/ECF 2] in order to serve a third-party subpoena on Defendant's ISP.

3. On April 23, 2018, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP, Verizon Internet Services, to obtain the Defendant's identifying information [CM/ECF 7]. Plaintiff issued the subpoena on April 24, 2018 and expects to receive the ISP's response on or about July 3, 2018.

Motion: *Granted 6/21/2018*

/s/ Paul W. Grimm
Paul W. Grimm
United States District Judge

1