## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| Plaintiff, | * | CASE NO. 8:18-cv-00110-PWG |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 108.51.17.113,** | * | |
| | * | |
| Defendant. | | |
| | * | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 108.51.17.113. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 7, 2018

                                                  Respectfully submitted,

                                                  MALIBU MEDIA, LLC.
                                                  PLAINTIFF
                                                  By:  /s/ *Jon A. Hoppe*
                                                  Jon A. Hoppe, Esquire #6479
                                                  *Counsel*
                                                  Law Offices of Jon A. Hoppe,
                                                  Esquire, LLC

>1025 Connecticut Avenue, NW
>Ste. 1000
>Washington, DC. 20036
>(202) 587-2994

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

>By:  /s/ *Jon A. Hoppe*
>Jon A. Hoppe, Esquire